UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

**DONALD PATRICK**

**Case No. 2:16-cv-2876**

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La) pursuant to Pretrial Order No. 11. The following Short Form Complaint is utilized in the above-captioned action.

2. Individual Plaintiff, DONALD PATRICK, is identified more fully in Paragraph 14 of the Plaintiff's Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 12625 Coyote Canyon Way, Knoxville, TN 37932.

4. The Xarelto User resides at 12625 Coyote Canyon Way, Knoxville, TN 37932

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated:      4/6/2016                                  /s/Catherine T. Heacox
                                                              *Attorney for Plaintiff(s)*